William James Magrath, James M. Paul, Lathrop & Gage, St. Louis, MO, for Appellees.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Hugh Ryan Garth appeals the district court's [1] adverse grant of summary judgment in his Title VII employment-discrimination suit against his former employer, Reis Environmental, and its corporate parent, Wise El Santo Co., Inc. Having carefully reviewed the record, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803–04 (8th Cir.2004) (de novo standard of review), we agree with the district court that there is no genuine issue of material fact and defendants are entitled to judgment as a

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota,

matter of law. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Anthony S. SMITH, Appellant,**

v.

**T.C. OUTLAW, Warden, Appellee.**

Nos. 05–2212, 05–2272.

United States Court of Appeals, Eighth Circuit.

Submitted: April 6, 2006.

Decided: April 10, 2006.

Anthony S. Smith, Waseca, MN, pro se.

John Richard Marti, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

Anthony S. Smith appeals from the district court's [1] denial of his 28 U.S.C. § 2241 petition and the court's denial of his subsequent motion under Federal Rule of Civil Procedure 60(b). We affirm for the rea-

adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

sons stated by the district court in its thorough and well-reasoned opinion. *See* 8th Cir. R. 47B. We grant Smith's motion to supplement his brief, and we deny as moot his motion to expedite the appeals.